

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00310-CV

---

In re Lynsey Nicole Reel, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## JUDGMENT

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Judge Kitty Schild, Judge of the 388th Judicial District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 14th day of November 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.